# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Alton Real Estate et al.    Case Number: 18-cv-5625

An appearance is hereby filed by the undersigned as attorney for:
United States of America

Attorney name (type or print): J. Taylor McConkie

Firm: U.S. Department of Justice, Civil Division

Street address: 1100 L Street, N.W., no. 7061

City/State/Zip: Washington, DC 20005

Bar ID Number: CO 34360
(See item 3 in instructions)

Telephone Number: 202-307-0244

Email Address: john.t.mcconkie@usdoj.gov

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 17, 2018

Attorney signature: S/ J. Taylor McConkie

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015