UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ALTON REAL ESTATE, INC.; EAST PEORIA REAL ESTATE, INC.; JOLIET REAL ESTATE HOLDING CO.; MOLINE REAL ESTATE, INC.; PEORIA REAL ESTATE, INC.; SCHUETZ ROAD REAL ESTATE, INC.; WOOD RIVER REAL ESTATE HOLDING CO.; EDWARDSVILLE REAL ESTATE, LLC; ELGIN REAL ESTATE, LLC; INVERNESS REAL ESTATE, LLC; NORTHBROOK REAL ESTATE, LLC; ROCKFORD REAL ESTATE, LLC; ST. CHARLES REAL ESTATE, LLC; CR FINANCE II, LLC; BRAVO CARE OF ALTON, INC.; BRAVO CARE OF EAST PEORIA, INC.; BRAVO CARE OF EDWARDSVILLE, INC.; BRAVO CARE OF ELGIN, INC.; BRAVO CARE OF INVERNESS, INC.; BRAVO CARE OF JOLIET, INC.; BRAVO CARE OF MOLINE, INC.; BRAVO CARE OF NORTHBROOK, INC.; BRAVO CARE OF PEORIA, INC.; BRAVO CARE OF ROCKFORD, INC.; BRAVO CARE OF ST. CHARLES, INC.; BRAVO CARE OF ST. LOUIS, INC.; BRAVO CARE OF WOOD RIVER, INC.; and MIDWEST ADMINISTRATIVE SERVICES, INC.,<br><br>      Defendants. | Civil No. 18 C 5625<br><br>District Judge: Hon. John J. Tharp, Jr.<br><br>Magistrate Judge: Hon. Mary M. Rowland |

**EMERGENCY MOTION FOR APPOINTMENT OF RECEIVER**

1

Pursuant to 28 U.S.C. § 754, Fed. R. Civ. P. 66, and L.R. 66.1, the United States hereby files this Emergency Motion for Appointment of Receiver, seeking the immediate appointment of Long Hill at Rosewood LLC as receiver to manage and operate the following 13 healthcare facilities known as the "Rosewood Facilities":

| Facility name | Location |
| --- | --- |
| Rosewood Care Center of Alton | Alton, Illinois |
| Rosewood Care Center of East Peoria | East Peoria, Illinois |
| Rosewood Care Center of Edwardsville | Edwardsville, Illinois |
| Rosewood Care Center of Elgin | Elgin, Illinois |
| Rosewood Care Center of Inverness | Inverness, Illinois |
| Rosewood Care Center of Joliet | Joliet, Illinois |
| Rosewood Care Center of Moline | Moline, Illinois |
| Rosewood Care Center of Northbrook | Northbrook, Illinois |
| Rosewood Care Center of Peoria | Peoria, Illinois |
| Rosewood Care Center of Rockford | Rockford, Illinois |
| Rosewood Care Center of St. Charles | St. Charles, Illinois |
| Foxes Grove Supportive Living Community | Wood River, Illinois |
| Rosewood Care Center of St. Louis. | St. Louis, Missouri |

For the reasons set forth in the attached Memorandum of Law, the Court should grant the United States' Emergency Motion to Appoint a Receiver.

Dated: August 20, 2018    Respectfully Submitted,

                                        CHAD A. READLER
Principal Deputy Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

/s/Shane Huang

RUTH A. HARVEY
KIRK T. MANHARDT
J. TAYLOR McCONKIE
SHANE HUANG
ARDC No. 6317316
United States Department of Justice
1100 L Street, N.W., No. 7030
Washington, D.C., 20005
(202) 307-0244
shane.huang@usdoj.gov

Attorneys for the United States