

Exhibit D: Rosewood Ownership Charts

Property Entity (Cahill - Rosewood-II, LLC)
Legend:
Principal Investors
Non-Principal Investors
Newly Formed (no existing HUD experience)
Already HUD Approved
HUD Borrowers
HUD Project
(*) Manager = Rosewood Propco Manager, LLC
Zvi Feiner's Family (no member greater than 25%)
Zvi Feiner (manager)
Netzach Investment, LLC 46-2589384 (60%)
Dmitry Godin (35%)
Ilya Shulman (5%)
C. Rene Yampol (85%) Beneficiary
Zvi Feiner (manager)
Rosewood Propco, LLC 46-2795062 (50%)
C. Rene Yampol (Trustee)
YMPL II Trust 46-6827608 (50%)
Zvi Feiner (100%)
Zvi Feiner (manager)
Rosewood Propco Manager, LLC 46-2803905 (manager)
Cahill - Rosewood-II, LLC (100%) 46-2867863
CR Finance II, LLC (*) 80-0935850 (master tenant)
Edwardsville Real Estate Holding, LLC (*) (100%) 46-2886205
Elgin Real Estate Holding, LLC (*) (100%) 46-2897229
Inverness Real Estate Holding, LLC (*) (100%) 46-2909075
Northbrook Real Estate Holding, LLC (*) (100%) 46-2917698
Rockford Real Estate Holding, LLC (*) (100%) 46-2929578
St. Charles Real Estate Holding, LLC (*) (100%) 46-2943267
Edwardsville Real Estate, L.L.C. (*) 43-1679972
Elgin Real Estate, L.L.C. (*) 43-1682393
Inverness Real Estate, L.L.C. (*) 43-1682398
Northbrook Real Estate, L.L.C. (*) 43-1682410
Rockford Real Estate, L.L.C. (*) 43-1682397
St. Charles Real Estate, L.L.C. (*) 43-1682388
Rosewood Care Center of Edwardsville 072-22047
Rosewood Care Center of Elgin 071-22220
Rosewood Care Center of Iverness 071-22075
Rosewood Care Center of Northbrook 071-22113
Rosewood Care Center of Rockford 071-22078
Rosewood Care Center of St. Charles 071-22079

Operations Entity (OPCO Holding, LLC)
Legend:
Principal Investors
Non-Principal Investors
Newly Formed (no existing HUD experience)
HUD Approved for Alton and Elgin
HUD Operators
HUD Project
(*) Manager = Bravo Group Management, LLC
Zvi Feiner (100%)
C. Rene Yampol (85%) Beneficiary
Zvi Feiner (manager)
RF Healthcare, LLC (50%) 46-2785941
YMPL IV Trust (50%) 46-6830607
C. Rene Yampol (Trustee)
Hinde Feiner (50%)
Hillel Yampol (50%)
Bravo Holding Company, Inc. 20-8803275 (100%)
Hinde Feiner & Hillel Yampol (managers)
Bravo Group Management, LLC 46-2887936 (manager)
OPCO Holding, LLC (100%) 46-2867905
Services Holdings, LLC (*) (100%)
Bravo Services, LLC (*) 20-8739425 (100%)
Bravo Care of Alton, Inc. 20-8679508
Bravo Care of East Peoria, Inc. 20-8679671
Bravo Care of Edwards-ville, Inc. 20-5577265
Bravo Care of Elgin, Inc. 20-8679863
Bravo Care of Inverness, Inc. 20-8680057
Bravo Care of Joliet, Inc. 20-8680246
Bravo Care of Moline, Inc. 20-8681374
Bravo Care of North-brook, Inc. 20-8681456
Bravo Care of Peoria, Inc. 20-8681551
Bravo Care of Rockford, Inc. 20-8681601
Bravo Care of St. Charles, Inc. 20-8681678
Bravo Care of St. Louis, Inc. 20-8738438
Bravo Care of Wood River, Inc. 26-1232866



