# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALTON REAL ESTATE, INC., *et al.*, <br><br> Defendants. | Civil No. 18 C 5625 <br> District Judge: Hon. John J. Tharp, Jr. <br> Magistrate Judge: Hon. Mary M. Rowland |

## RECEIVER'S REPORT

In accordance with Paragraph 34(b) and (c) of this Court's Final Order Appointing the Receiver [Docket No. 17], as amended [Docket No. 67], Long Hill at Rosewood, LLC hereby files the Receiver's Report, which is attached hereto.

Respectfully Submitted,

GREENBERG TRAURIG, LLP

Date: January 7, 2021

By: /s/ Nancy A. Peterman
Nancy A. Peterman, Esq. (IL ARDC #6208120)
Scott T. Mendeloff, Esq. (IL ARDC #6184901)
Gabriel Aizenberg, Esq. (IL ARDC #6236614)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
petermann@gtlaw.com
mendeloffs@gtlaw.com
aizenbergg@gtlaw.com

*Attorney for the Receiver, Long Hill at Rosewood, LLC*

# Long Hill at Rosewood, LLC

January 7, 2021

Honorable John J. Tharp, Jr.
United States District Court for the
  Northern District of Illinois, Eastern Division
South Dearborn Street
Chicago, IL 60604

        Re: United States of America v.
           Alton Real Estate, Inc., et al. (Case 1:18-cv-05625)

Dear Judge Tharp:

In accordance with the Final Order Appointing Receiver entered on September 7, 2018 (including any amendments and modifications thereto, the "Order"), Long Hill at Rosewood, LLC ("LHR") is serving as receiver for Alton Real Estate, Inc. et al. (collectively, "Rosewood"). The following report is in compliance with Paragraph 34(b) of the Order.

As of 12:01 a.m. (CT) on February 1, 2020 ("Closing Date"), LHR, on behalf of Rosewood and upon regulatory approval by Illinois and Missouri Departments of Health, transferred operations of the Rosewood facilities to affiliates of Greystone Healthcare Management Corp. (collectively, "Transferee") in accordance with the operating transfer agreements (one for each operating entity, collectively, the "OTAs").

On January 6, 2021, the Receiver filed a motion for termination of the receivership effective as of the end of the day on January 31, 2021. As of that time, the Receiver will have completed all of its obligations under the Order and the OTAs and there will no longer be a need for this receiverhsip. The Department of Housing and Urban Development ("HUD") has agreed to the motion. The Receiver will continue to pursue the matters discussed herein until the receivership and the Receiver's appointment is terminated.

**Please note this report is focused on wind-down activities as communicated to HUD in a letter dated January 30, 2020 attached hereto as Supplemental Schedule D. This report provides an update of open items since the last report filed with the Court on December 7, 2020.**

1. Notice of collection of receivership accounts receivable.
   - ➢ Post-closing collections have totaled $13,484,004 through December 31, 2020.
   - ➢ Total collections for the 12-month post-closing period had previously been estimated to be in the range of $13,200,000 to $13,500,000. Based on a review of accounts receivable, it is estimated that the collections in the 12-month post-closing period will be at the high end of this range.

1

- LHR, with assistance from MAS outside legal counsel, is working with an Illinois Department of Healthcare and Family Services ("DHFS") representative to investigate the status of a small number of open Medicaid pending claim applications. These six open Medicaid pending claims could result in the receipt of all or a portion of the approximately $200,000 receivable amount. LHR is anticipating DHFS will be able to review and provide an update of payment status within the next few weeks and the Receiver will attempt to resolve this matter prior to its termination.
- The Capital Finance, LLC line of credit was repaid in full on June 12, 2020. Upon repayment of the Capital Finance, LLC line of credit, HUD was entitled to receive all accounts receivable cash collections, which collections totaled $1,367,185 as of December 31, 2020. This amount has not been paid to HUD but is instead being used to process ongoing vendor payments and receiver administration costs. Upon payment of all such amounts, any remaining cash will be paid to HUD. Notwithstanding the foregoing, as noted in Attachment C, an amount of $100,000 was paid to HUD on September 4, 2020.
- In accordance with Section 8.2(b) of the OTAs, on the 91st day after the Closing Date, Transferee could begin sweeping deposits from the Rosewood bank accounts to accounts controlled by Transferee and assume responsibility for reconciling cash collections. This process is not yet implemented. On November 19, 2020, a draft instruction letter to the Rosewood bank was reviewed by LHR legal counsel and sent to Transferee for their review and signature prior to being signed by LHR and sent to the Rosewood bank. As of this writing, the letter has not been signed by Transferee. Until this letter is signed or termination of the Receiver, LHR will continue to perform the weekly cash reconciliations as noted below in Note 3.

2. Termination of Midwest Administrative Services ("MAS") staff as warranted based upon workload and office lease termination.
    - Two MAS employees continued to work on various post-closing assignments through December 31, 2020. Their employment was terminated as of that date. They currently have contractor agreements in place in order to assist with remaining wind-down activities. Three other terminated MAS employees also have contractor agreements in place and they continue to assist with ongoing wind-down activities with minimal hours incurred.

3. Preparation of ongoing reconciliations of accounts receivable with Transferee
    - Accounts receivable reconciliations are ongoing and have included the following:
        - Reconciliation of cash receipts for amounts due to Transferee or HUD.

4. Processing vendor claims during receivership period.
    - Receivership accounts payable vendor expenses of approximately $68,764,000 have been processed in the receivership period of August 21, 2018 through December 31, 2020.
    - No pre-receivership claims have been processed, except for employee-related expenses and certain required vendor payments as previously reported to this Court.

2

5. Preparation of final accounting for the receivership.
    - Accounting closings are ongoing.
    - See Note 8 for a listing of supplemental schedules.

6. Noticing claimants, as required.
    - To be completed as necessary.

7. Managing unforeseen receivership matters, as necessary, in order to successfully close the receivership and discharge receiver duties under the Final Order.
    - Cooperation of MAS and Transferee billing staff has continued, and various administrative issues have been satisfactorily resolved between LHR and Transferee.
    - Weekly reports and communications with HUD Representatives continue.

8. Additional supplemental schedules included as attachments to this report:
    A. Bank Account Listing
    B. Schedule of Receipts and Disbursements
    C. Schedule of HUD Advances
    D. The Long Hill Company Letter Dated January 30, 2020 to HUD

Respectfully,

LONG HILL AT ROSEWOOD, LLC,
in its capacity as receiver for Rosewood

By: *David Lawlor*
    David M. Lawlor
    President

Attachments

3

**Long Hill at Rosewood, LLC**
**Bank Account Listing**
Comparative EOD 8/20/18 and Last (3) Months - (Bank Statements Available Upon Request)
Receiver Period: EOD 8/20/18, 9/30/2020, 10/31/2020 & 11/30/2020

| COMPANY | TYPE | BANK NAME | ACCOUNT BALANCE EOD 8/20/2018 | ACCOUNT BALANCE EOD 9/30/2020 | ACCOUNT BALANCE EOD 10/31/2020 | ACCOUNT BALANCE EOD 11/30/2020 |
|---|---|---|---:|---:|---:|---:|
| BRAVO HOLDING COMPANY INC | CHECKING | ST LOUIS BANK | $ 855.00 | $ (76.86) | $ (240.29) | $ 57.19 |
| BRAVO HOLDING COMPANY INC | MONEY MARKET | ST LOUIS BANK | 1,257.40 | 1,260.17 | 1,260.28 | 1,260.38 |
| BRAVO HOLDING COMPANY INC | EE WELFARE FUND ESCROW | ST LOUIS BANK | 500.00 | 500.00 | 500.00 | 500.00 |
| BRAVO HOLDING COMPANY INC | ROSEWOOD PAYROLL RESERVE | ST LOUIS BANK | - | - | - | - |
| BRAVO SERVICES LLC | CHECKING | ST LOUIS BANK | 508.21 | - | - | - |
| BRAVO CARE OF ALTON | CHECKING | ST LOUIS BANK | 2,552.56 | 229.56 | 23.53 | 694.62 |
| BRAVO CARE OF ALTON | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ALTON | PRIVATE PAYMENTS | ST LOUIS BANK | 5,766.00 | - | - | - |
| BRAVO CARE OF ALTON | FACILITY OPERATING | REGIONS BANK | 858.00 | 685.00 | 685.00 | 685.00 |
| BRAVO CARE OF EAST PEORIA | CHECKING | ST LOUIS BANK | 1,568.37 | 162.28 | 715.21 | 4.59 |
| BRAVO CARE OF EAST PEORIA | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF EAST PEORIA | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF EAST PEORIA | FACILITY OPERATING | MORTON COMM BANK | 1,265.62 | 2,692.18 | 2,692.18 | 2,692.18 |
| BRAVO CARE OF EDWARDSVILLE | CHECKING | ST LOUIS BANK | 1,979.45 | 1,263.46 | 514.15 | 238.91 |
| BRAVO CARE OF EDWARDSVILLE | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF EDWARDSVILLE | PRIVATE PAYMENTS | ST LOUIS BANK | 1,080.00 | - | - | - |
| BRAVO CARE OF EDWARDSVILLE | FACILITY OPERATING | US BANK | 434.00 | 297.90 | 297.90 | 297.90 |
| BRAVO CARE OF ELGIN | CHECKING | ST LOUIS BANK | 1,845.83 | 62.02 | 104.92 | 158.89 |
| BRAVO CARE OF ELGIN | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ELGIN | PRIVATE PAYMENTS | ST LOUIS BANK | 805.10 | - | - | - |
| BRAVO CARE OF ELGIN | FACILITY OPERATING | JPMORGAN CHASE | - | - | - | - |
| BRAVO CARE OF ELGIN OPERATOR CONCENTRATION | OPERATOR CONCENTRATION | ST LOUIS BANK | 219,106.74 | - | - | 7,067.97 |
| BRAVO CARE OF ELGIN OPERATOR OPERATING | OPERATOR OPERATING | ST LOUIS BANK | 287,897.36 | 72,327.57 | 130,164.34 | 328,039.67 |
| CR FINANCE II | RENTAL ACCOUNT | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF INVERNESS | CHECKING | ST LOUIS BANK | 1,378.48 | 579.07 | 1,071.84 | 648.33 |
| BRAVO CARE OF INVERNESS | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF INVERNESS | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF INVERNESS | FACILITY OPERATING | MB FINANCIAL BANK | 516.00 | 383.00 | 383.00 | 383.00 |
| BRAVO CARE OF JOLIET | CHECKING | ST LOUIS BANK | 1,295.86 | 54.27 | 151.85 | 129.28 |
| BRAVO CARE OF JOLIET | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF JOLIET | PRIVATE PAYMENTS | ST LOUIS BANK | 8,643.28 | - | - | - |
| BRAVO CARE OF JOLIET | FACILITY OPERATING | FIRST MIDWEST | 870.06 | 409.22 | 409.22 | 409.22 |
| BRAVO CARE OF MOLINE | CHECKING | ST LOUIS BANK | 1,190.56 | 417.32 | 234.76 | 74.22 |
| BRAVO CARE OF MOLINE | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF MOLINE | PRIVATE PAYMENTS | ST LOUIS BANK | 2,335.79 | - | - | - |
| BRAVO CARE OF MOLINE | FACILITY OPERATING | US BANK | 1,220.24 | 1,047.50 | 1,047.50 | 1,047.50 |
| BRAVO CARE OF NORTHBROOK | CHECKING | ST LOUIS BANK | 1,385.44 | 696.20 | 142.99 | 436.16 |
| BRAVO CARE OF NORTHBROOK | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF NORTHBROOK | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF NORTHBROOK | FACILITY OPERATING | US BANK | - | 683.00 | 683.00 | 683.00 |
| BRAVO CARE OF PEORIA | CHECKING | ST LOUIS BANK | 1,404.12 | 1,492.04 | 1,110.28 | 906.07 |
| BRAVO CARE OF PEORIA | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF PEORIA | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF PEORIA | FACILITY OPERATING | PNC BANK | - | 866.81 | 866.81 | 866.81 |
| BRAVO CARE OF ROCKFORD | CHECKING | ST LOUIS BANK | 2,097.18 | 473.15 | 179.82 | 228.27 |
| BRAVO CARE OF ROCKFORD | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ROCKFORD | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ROCKFORD | FACILITY OPERATING | US BANK | 420.21 | 1,819.01 | 1,819.01 | 1,819.01 |
| BRAVO CARE OF ST CHARLES | CHECKING | ST LOUIS BANK | 1,053.43 | 277.14 | 256.83 | (8.62) |
| BRAVO CARE OF ST CHARLES | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ST CHARLES | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ST CHARLES | FACILITY OPERATING | JPMORGAN CHASE | 1,067.00 | 1,058.00 | 1,058.00 | 1,058.00 |
| BRAVO CARE OF ST LOUIS | CHECKING | ST LOUIS BANK | 1,807.85 | 677.03 | 164.54 | 151.64 |
| BRAVO CARE OF ST LOUIS | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ST LOUIS | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ST LOUIS | FACILITY OPERATING | US BANK | 500.20 | 660.20 | 660.20 | 660.20 |
| BRAVO CARE OF WOOD RIVER | CHECKING | ST LOUIS BANK | 1,690.23 | 236.25 | 128.93 | (37.04) |
| BRAVO CARE OF WOOD RIVER | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF WOOD RIVER | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF WOOD RIVER | FACILITY OPERATING | US BANK | - | 2,259.81 | 2,259.81 | 2,259.81 |
| BRAVO ADMINISTRATIVE SERVICES | CHECKING | ST LOUIS BANK | 1,897.24 | 1,373.86 | 1,278.91 | 473.71 |
| BRAVO NURSING HOME SERVICES | CHECKING | ST LOUIS BANK | 1,838.91 | 1,854.13 | 1,759.20 | 1,664.26 |
| SENIOR LIVING SERVICES | CHECKING | ST LOUIS BANK | 2,441.47 | 2,076.54 | 1,981.09 | 1,886.06 |
| BTH | CHECKING | ST LOUIS BANK | 1,122.95 | - | - | - |
| TEAM HEALTH LLC | CHECKING | ST LOUIS BANK | 1,407.44 | 6,027.03 | 5,131.19 | 4,923.89 |

ATTACHMENT A

**Long Hill at Rosewood, LLC**
**Bank Account Listing**
**Comparative EOD 8/20/18 and Last (3) Months - (Bank Statements Available Upon Request)**
Receiver Period: EOD 8/20/18, 9/30/2020, 10/31/2020 & 11/30/2020

| COMPANY | TYPE | BANK NAME | ACCOUNT BALANCE EOD 8/20/2018 | ACCOUNT BALANCE EOD 9/30/2020 | ACCOUNT BALANCE EOD 10/31/2020 | ACCOUNT BALANCE EOD 11/30/2020 |
|---|---|---|---|---|---|---|
| MIDWEST ADMINISTRATIVE SERVICES | ELECTRONIC PMTS | ST LOUIS BANK | 1,499.03 | 56,990.77 | 56,961.67 | 56,790.87 |
| MIDWEST ADMINISTRATIVE SERVICES | CHECKING | ST LOUIS BANK | 967.63 | 29,553.48 | 7,594.28 | 20,353.51 |
| CLAIMS ADMINISTRATIVE SERVICES | CHECKING | ST LOUIS BANK | 1,788.93 | 103.98 | 8.16 | 12.50 |
| BLUE RIDGE AMERICA | CHECKING | ST LOUIS BANK | 5,219.23 | - | - | - |
| Alton Venture Real Estate LLC (VA 59) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| East Peoria Venture Real Estate, LLC (VE 61) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| Joliet Venture Real Estate, LLC (VJ 62) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| Moline Venture Real Estate, LLC (VM 83) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| Peoria Venture Real Estate, LLC (VP 85) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| Schuetz Road Venture Real Estate, LLC (VS 58) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| Wood River Venture Real Estate, LLC (VW 63) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| Alton Real Estate, Inc. (A1 01) | | ST LOUIS BANK | 296.55 | 156.21 | 156.21 | 156.21 |
| East Peoria Real Estate, Inc. (EP 03) | | ST LOUIS BANK | 426.27 | 779.01 | 799.01 | 799.01 |
| Edwardsville Real Estate, LLC. (ED 04) | | ST LOUIS BANK | 268.22 | 758.79 | 748.79 | 738.79 |
| Elgin Real Estate, LLC. (EL 05) | | ST LOUIS BANK | 119.57 | 417.57 | 407.57 | 397.57 |
| Inverness Real Estate, LLC. (IN 08) | | ST LOUIS BANK | 766.93 | 320.93 | 310.93 | 300.93 |
| Joliet Real Estate Holding Co., Inc. (JO 09) | | ST LOUIS BANK | 408.25 | 441.63 | 441.63 | 441.63 |
| Moline Real Estate, Inc. (MO 10) | | ST LOUIS BANK | 99.31 | 596.31 | 596.31 | 596.31 |
| Northbrook Real Estate, LLC. (NO 11) | | ST LOUIS BANK | 5.55 | 117.05 | 107.05 | 97.05 |
| Peoria Real Estate, Inc. (PE 12) | | ST LOUIS BANK | 118.94 | 908.94 | 898.94 | 888.94 |
| Rockford Real Estate, LLC. (RO 13) | | ST LOUIS BANK | - | 36.35 | 36.35 | 36.35 |
| St Charles Real Estate, LLC. (SC 14) | | ST LOUIS BANK | 384.16 | 84.67 | 84.67 | 84.67 |
| Schuetz Road Real Estate, Inc. (SL 15) | | ST LOUIS BANK | 426.56 | 158.59 | 148.59 | 138.59 |
| Wood River Real Estate Holding Company (WO 17) | | ST LOUIS BANK | 7.88 | 207.32 | 197.32 | 187.32 |
| OPCO Holding, LLC (OH 21) | | ST LOUIS BANK | 500.00 | - | - | - |
| Rosewood Administrative Holding, LLC (RA 22) | | ST LOUIS BANK | 500.00 | - | - | - |
| Services Holdings, LLC (SH 23) | | ST LOUIS BANK | 500.00 | - | - | - |
| Balance per Bank | | | $ 580,236.59 | $ 196,455.46 | $ 228,993.48 | $ 444,380.33 |
| Less: Elgin Operator Concentration Acct-Sweeps to MidCap/Cap Finance/Operating Account Next Day | | | (219,106.74) | - | - | (7,067.97) |
| Balance per Bank, Operating Cash | | | $ 361,129.85 | $ 196,455.46 | $ 228,993.48 | $ 437,312.36 |

NOTE: There are (2) additional bank accounts at St. Louis Bank listed below which are not used for operations, but are under the control of the Receiver.

| COMPANY | TYPE | BANK NAME | EOD 8/20/2018 | EOD 9/30/2020 | EOD 10/31/2020 | EOD 11/30/2020 |
|---|---|---|---|---|---|---|
| BRAVO CARE OF ST LOUIS | RESIDENT TRUST FUND | ST LOUIS BANK | $ 36,756.17 | $ 39,411.95 | $ 41,396.57 | $ 42,963.25 |
| MIDWEST ADMINISTRATIVE SERVICES | COMPANY BENEFITS | ST LOUIS BANK | $ 6,347.55 | $ 1,209.81 | $ 1,209.81 | $ 1,209.81 |

[1] Account Closed November 2019

ATTACHMENT A

**Long Hill at Rosewood, LLC**
**Schedule of Receipts and Disbursements**
**Receiver Period 8/21/18 - 11/30/2020**

| | 8/21 - 9/30/18 | Q4 2018 10/1 - 12/31/18 | Q1 2019 1/1 - 3/31/19 | Q2 2019 4/1 - 6/30/19 | Q3 2019 7/1 - 9/30/19 | Q4 2019 10/1 - 12/31/19 | Q1 2020 1/1 - 3/31/2020 | Q2 2020 4/1 - 6/30/2020 | Q3 2020 7/1 - 9/30/2020 | 10/1 - 10/31/2020 | 11/1 - 11/30/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bank Balance Beginning of Period** | $ 580,237 | $ 2,057,227 | $ 1,549,038 | $ 1,817,262 | $ 611,748 | $ 3,139,010 | $ 2,028,186 | $ 1,786,013 | $ 2,314,259 | $ 196,455 | $ 228,993 |
| Less: Elgin Concentration Acct (Sweeps to MidCap/Cap Finance) | (219,107) | (607,765) | (407,716) | (330,391) | (159,721) | (374,230) | (440,682) | (23,880) | (87,693) | - | - |
| **Bank Balance Beginning of Period** | $ 361,130 | $ 1,449,462 | $ 1,141,322 | $ 1,486,871 | $ 452,027 | $ 2,764,779 | $ 1,587,504 | $ 1,762,133 | $ 2,226,566 | $ 196,455 | $ 228,993 |
| Less: Amounts Due To Transferee and Cap Finance Beginning of Period | | | | | | | | | (1,511,238) | (16,694) | (4,776) |
| **Bank Balance Beginning of Period, Operating Cash** | | | | | | | | | $ 715,328 | $ 179,762 | $ 224,218 |
| **Summary of Receipts:** | | | | | | | | | | | |
| Transfers in from Galesburg/MidCap Galesburg Payments | $ - | $ 345,691 | $ 459,093 | $ 264,942 | $ 34,664 | $ - | $ - | $ - | $ - | $ - | $ - |
| MidCap/Capital Finance Draws | 6,781,000 | 20,329,000 | 18,985,000 | 22,250,000 | 22,435,000 | 21,005,000 | 9,080,000 | - | - | - | - |
| HUD Funding/(Funds Return to HUD) | 2,815,275 | 4,925,976 | 6,044,899 | 3,434,786 | 5,279,866 | 5,414,257 | 7,228,916 | 1,503,434 | (100,000) | - | - |
| HUD Accounts Receivable Cash Receipts-Post Cap Finance Payoff June 12, 2020 | - | - | - | - | - | - | - | 296,710 | 627,742 | 127,532 | 255,476 |
| Miscellaneous Cash Receipts [1] | - | - | - | - | - | - | - | 439,120 | 48,354 | 35,929 | 65,418 |
| **Total Receipts** | $ 9,596,275 | $ 25,600,667 | $ 25,488,992 | $ 25,949,729 | $ 27,749,530 | $ 26,419,257 | $ 16,308,916 | $ 2,239,264 | $ 576,097 | $ 163,460 | $ 320,894 |
| **Summary of Disbursements:** | | | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | | | |
| Accounts Payable Vendors | $ 2,507,684 | $ 11,483,055 | $ 11,215,976 | $ 12,503,117 | $ 10,721,062 | $ 11,858,266 | $ 6,535,816 | $ 889,538 | $ 821,457 | $ 71,453 | $ 57,991 |
| Payroll Taxes (FICA, State, SUTA, FUTA) | 1,518,229 | 3,202,690 | 3,288,539 | 3,120,612 | 3,711,619 | 3,060,440 | 2,289,555 | 145,463 | 57,814 | 2,697 | 2,129 |
| Bed Taxes-Monthly & Quarterly | 510,778 | 656,853 | 661,146 | 653,636 | 661,293 | 677,752 | 482,639 | 336,940 | - | - | - |
| Insurance: PL/GL, Property, Other Insurance | 304,400 | 296,949 | 584,293 | 281,000 | 281,000 | 189,677 | 77,521 | - | - | - | - |
| Workers' Comp Insurance | 296,276 | 317,788 | 329,432 | 74,447 | 521,134 | 655,383 | 191,477 | - | - | - | 58,710 |
| EE Benefits and 401k | 248,093 | 824,584 | 934,922 | 881,115 | 773,657 | 751,325 | 412,561 | 79,701 | 46,466 | - | - |
| Patient Refunds, Resident Trust Payments to Greystone | 54,671 | 113,130 | 132,141 | 138,929 | 113,169 | 96,158 | 65,654 | 22,609 | - | - | 24,150 |
| Illinois Department of Health and Family Services Audit-Peoria & CMP Payments | - | - | - | - | - | - | - | 119,490 | - | 23,007 | 18,905 |
| Receiver and Legal Fees | - | - | - | - | - | - | - | 24,455 | 74,974 | 13,496 | 12,265 |
| RR Marketing | 37,500 | - | - | - | - | - | - | - | - | - | - |
| **Accounts Payable Subtotal** | 5,477,633 | 16,895,049 | 17,146,450 | 17,652,855 | 16,782,934 | 17,289,001 | 10,055,223 | 1,618,196 | 1,000,711 | 110,653 | 174,150 |
| **Payroll** | | | | | | | | | | | |
| Payroll Pay Dates 8/21/18 through 11/30/2020 | 3,030,311 | 9,013,758 | 7,996,994 | 9,331,718 | 8,653,843 | 10,307,531 | 6,079,064 | 176,838 | 110,953 | 8,351 | 8,979 |
| **Total Disbursements** | $ 8,507,944 | $ 25,908,807 | $ 25,143,444 | $ 26,984,572 | $ 25,436,777 | $ 27,596,533 | $ 16,134,287 | $ 1,795,034 | $ 1,111,664 | $ 119,004 | $ 183,129 |
| **Increase (Decrease) in Cash** | $ 1,088,332 | $ (308,140) | $ 345,548 | $ (1,034,844) | $ 2,312,753 | $ (1,177,276) | $ 174,629 | $ 444,230 | $ (535,567) | $ 44,456 | $ 137,765 |
| **Bank Balance End of Period, Operating Cash (A)** | $ 1,449,461 | $ 1,141,322 | $ 1,486,871 | $ 452,027 | $ 2,764,779 | $ 1,587,504 | $ 1,762,133 | $ 715,328 | $ 179,761 | $ 224,218 | $ 361,982 |
| Less: Outstanding Checks | (995,027) | (761,462) | (201,340) | (94,219) | (2,104,357) | (206,148) | (868,129) | (163,111) | (53,416) | (8,365) | (17,248) |
| **Book Balance End of Period, Operating Cash** | $ 454,435 | $ 379,860 | $ 1,285,530 | $ 357,808 | $ 660,423 | $ 1,381,355 | $ 894,004 | 552,217 | 126,346 | 215,853 | 344,734 |
| Add: Amounts Due To Transferee [2] (B) | | | | | | | | $ 1,511,238 | $ 16,694 | $ 4,776 | $ 75,330 |
| **Bank Balance End of Period (A) + (B)** | | | | | | | | $ 2,226,565.97 | $ 196,455.46 | $ 228,993.48 | $ 437,312.36 |

[1] Miscellaneous Cash Receipts includes a workers compensation premium refund, a utility deposit refund, various proceeds from equipment sales, and vendor payment reimbursements from Transferee.

[2] The amount at June 30, 2020 represents amounts due to Transferee for accounts receivable cash collections in the month of June 2020.
The amount at July 31, 2020 represents amounts due to Transferee for accounts receivable cash collections in the months of June and July 2020.
The amount at August 31, 2020 represents amounts due to Transferee for accounts receivable cash collections in the months of June, July and August 2020.
The amount at September 30, 2020 represents amounts due to Transferee for accounts receivable cash collections in the last (8) days of September 2020.
The amount at October 31, 2020 represents amounts due to Transferee for accounts receivable cash collections in the last (10) days of October 2020.
The amount at November 30, 2020 represents amounts due to Transferee for accounts receivable cash collections in the last (11) days of November 2020.

ATTACHMENT B

**Long Hill at Rosewood, LLC**
**Schedule of HUD Advances**
**Receiver Period 8/21/18 - 1/7/2021**

| Date | Description | Amount |
|---|---|---:|
| 9/19/18 | | $ 2,815,275.41 |
| 10/4/18 | | 1,861,739.70 |
| 11/13/18 | | 1,029,589.05 |
| 12/6/18 | | 1,504,019.69 |
| 12/28/18 | | 530,627.87 |
| 1/14/19 | | 1,227,053.25 |
| 2/4/19 | | 1,478,871.56 |
| 2/7/19 | | 1,825,810.38 |
| 3/25/19 | | 1,513,164.29 |
| 4/15/19 | | 1,175,796.30 |
| 5/17/19 | | 1,164,287.95 |
| 6/14/19 | | 1,094,702.12 |
| 7/5/19 | | 1,311,789.94 |
| 8/5/19 | | 1,436,320.92 |
| 8/22/19 | | 1,752,783.99 |
| 9/18/19 | | 778,971.16 |
| 10/10/19 | | 1,606,120.79 |
| 11/5/19 | | 908,505.23 |
| 11/22/19 | | 1,696,846.09 |
| 12/16/19 | | 1,202,784.76 |
| 1/10/2020 | | 2,150,000.00 |
| 2/13/2020 | HUD Winddown Funding | 1,952,338.16 |
| 2/26/2020 | HUD Winddown Funding | 1,977,884.81 |
| 3/11/2020 | HUD Winddown Funding | 680,568.73 |
| 3/26/2020 | HUD Winddown Funding | 468,124.36 |
| 4/22/2020 | HUD Winddown Funding | 425,643.25 |
| 5/14/2020 | HUD Winddown Funding | 605,454.11 |
| 6/17/2020 | HUD Winddown Funding | 472,336.66 |
| 9/4/2020 | Funding Return to HUD | (100,000.00) |
| | **Total 8/21/18 - 11/30/2020** | **$ 36,547,410.53** |
| | **Total 8/21/18 - 1/7/2021** | **$ 36,547,410.53** |

ATTACHMENT C



580 Long Hill Avenue • Shelton, CT 06484
Telephone 203.944.8283
Fax 203.925.2667
www.longhillcompany.com

January 30, 2020

Nicole M. Johnson
Office of Healthcare Programs
U.S. Department of Housing & Urban Development
451 7th Street SW, Room 6264
Washington, DC 20410

Re: United States of America v.
Alton Real Estate, Inc., et al. (Case 1:18-cv-05625)

Dear Ms. Johnson,

**Current Engagement:**

As you know, The Long Hill Company ("Long Hill") has served as receiver for the long-term care facilities operated by Alton Real Estate, Inc. et al. (collectively, "Rosewood") subject to a Final Order Appointing Receiver entered on September 7, 2018 (including any amendments and modifications thereto, the "Order"). During this time, we have worked to stabilize operations, improve census levels and prepare the operation for third party sale. We are pleased that the transaction is contemplated to close on or about February 1, 2020 and have worked diligently to integrate the new operator to facilitate a successful closing and smooth transition.

**Post-Closing and Winddown Activities:**

As a part of this transaction, the Operating Transfer Agreements ("OTAs") include provisions which require Long Hill to remain as receiver and in control over receipt accounts for up to 12-months post-closing. This provision allows adequate time for the new operator to successfully reroute resident service receipts into accounts under its control, and to allow ample time for Long Hill to collect accounts receivable and remit to HUD and manage the wind down of the receivership estate and discharge its receiver duties. During this period, Long Hill will continue to oversee Midwest Administrative Services, Inc. (MAS), the administrative processor of Rosewood, and retain any necessary vendors, consultants and counsel to accomplish the following tasks:

1. Billing of final period under Rosewood control and rebilling as necessary for receivership periods of operation.

2. Collection of receivership accounts receivable.

1

3. Processing of Final Rosewood Payroll.

4. Overseeing the filing of final Medicaid and Medicare cost reports, as necessary.

5. Oversee the filing of the payroll-based journal.

6. Processing of Forms W-2 and 1099, as necessary.

7. Termination of MAS staff as warranted based upon workload.

8. Preparation of ongoing reconciliations with new operator, including but not limited to cash receipts and resident trust funds.

9. Processing vendor claims during receivership period.

10. Preparation of final accounting for the receivership.

11. Noticing claimants, as required.

12. Winding down the legal entities, if necessary.

13. Managing unforeseen receivership matters, as necessary to successfully close the receivership and discharge receiver duties under the Final Order.

**Post-Closing Professional Fee Estimates:**

Since the start of our receivership, our professional fees have averaged $193,030 per month as compared to our budget of $213,900 per month as included in the final court order. We have billed under budget by $20,870 per month on average, or $354,790 during the 17-month period.

In the post-closing period, we expect that our fees will be reduced substantially as our financial and administrative professionals will be responsible for this period and our field operations team will be reassigned. The average receivership fees of the 12-month post-closing period are estimated to be approximately $70,000 per month, representing a $123,030 or 64% reduction from the average professional fees of the receivership period. Please understand that our professional fees in the post-closing period are expected to be greater in the first 3 months (although still less than the pre-closing period) and then reduce during the remaining nine months, unless unexpected events occur.

Sincerely,

*[signature]*

David M. Lawlor
President and CEO

c: Gregory Thome
Jay Nickse

8245181v3

ATTACHMENT D