UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALTON REAL ESTATE, INC., *et al.,*<br><br>Defendants. | Civil No. 18 C 5625<br>District Judge: Hon. John J. Tharp, Jr.<br>Magistrate Judge: Hon. Mary M. Rowland |

## RECEIVER'S CORRECTED FINAL REPORT

In accordance with Paragraph 34(b) and (c) of this Court's Final Order Appointing the Receiver [Docket No. 17], as amended [Docket No. 67], the Order Terminating Receivership and Setting Deadline for Filing of Final Report [Docket No. 307], the Order Extending the Deadline to File Final Report [Docket No. 310] and the Second Order Extending the Deadline to File Final Report [Docket No. 313], Long Hill at Rosewood, LLC filed its Final Report with this Court at Docket No. 322 on May 24, 2021. Exhibit D, which was attached to the Final Report, was not the correct document. Therefore, the Receiver is filing this Corrected Final Report, with the correct document attached as Exhibit D. The Receiver's Final Report otherwise remains unchanged.

Respectfully Submitted,

GREENBERG TRAURIG, LLP

Date: May 25, 2021

By: ___/s/ Nancy A. Peterman___
Nancy A. Peterman, Esq. (IL ARDC #6208120)
Scott T. Mendeloff, Esq. (IL ARDC #6184901)
Gabriel Aizenberg, Esq. (IL ARDC #6236614)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
petermann@gtlaw.com
mendeloffs@gtlaw.com
aizenbergg@gtlaw.com

*Attorney for the Receiver, Long Hill at Rosewood, LLC*

# Long Hill at Rosewood, LLC

# FINAL REPORT

May 24, 2021

Honorable John J. Tharp, Jr.
United States District Court for the
  Northern District of Illinois, Eastern Division
South Dearborn Street
Chicago, IL 60604

>Re: United States of America v.
>  Alton Real Estate, Inc., et al. (Case 1:18-cv-05625)

Dear Judge Tharp:

In accordance with the Final Order Appointing Receiver entered on September 7, 2018 (including any amendments and modifications thereto, the "Order"), Long Hill at Rosewood, LLC ("LHR") was appointed as receiver for Alton Real Estate, Inc. et al. (collectively, "Rosewood").

As of 12:01 a.m. (CT) on February 1, 2020 ("Closing Date"), LHR, on behalf of Rosewood and upon regulatory approval by Illinois and Missouri Departments of Health, transferred operations of the Rosewood facilities to affiliates of Greystone Healthcare Management Corp. (collectively, "Transferee") in accordance with the operating transfer agreements (one for each operating entity, collectively, the "OTAs").

On January 6, 2021, the Receiver filed a motion for termination of the receivership effective as of the end of the day on January 31, 2021. The Department of Housing and Urban Development ("HUD") agreed to the motion. The Order Terminating Receivership and Setting Deadline for Filing of Final Report (the "Terminating Order") was granted by this Court on January 8, 2021.

Upon entry of the order terminating the receivership, the Receiver wound down all other activity and was about to file its final report when an inquiry was made by the Internal Revenue Service ("IRS") regarding alleged outstanding amounts due to the IRS. As the result of the IRS inquiry, the Receiver sought and received two extensions of the deadline to file the final report, which current deadline is June 30, 2021 (Docket No. 313).

**This report provides an update of open items since the last report filed with the Court on January 7, 2021 and is the FINAL REPORT as decreed by the Terminating Order.**

1. Collection of receivership accounts receivable.
    a. Post-closing accounts receivable collections have totaled $14,088,704.
    b. January 2021 accounts receivable collections were $601,800 as noted in Attachment B.

1

    c. Additional accounts receivable collections received after the Reconciliation Period (as defined in Section 8.2(b)(4) of the OTA) were $73,050.55. As the Reconciliation Period terminated on January 31, 2021, and there was no longer any contractual requirement to reconcile monies, these additional cash collections belong to HUD and were included in the amount remitted to HUD on May 21, 2021.

2. Termination of Midwest Administrative Services ("MAS") staff.
    a. All MAS employees, consultants and contractors have been terminated.

3. Reconciliations of accounts receivable with Transferee and Transferees' subsequent demands.
    a. Accounts receivable reconciliations were processed through January 31, 2021. Final amounts due to Greystone were wired in the first week of February 2021.
    b. Subsequent to the expiration of the Reconciliation Period, in April 2021, Transferee filed a Motion for Turnover Funds (the "Turnover Motion") with the Court (Docket No. 314). On May 3, 2021, the Receiver filed its objection to Transferees' Motion for Turnover of Funds citing several reasons that the Turnover Motion should be denied. On May 10, 2021, the Court held a telephonic hearing on the Turnover Motion.
    c. On May 18, 2021, the Court entered an order and issued its opinion denying the Turnover Motion and directing St. Louis Bank to unfreeze the bank account and allow the Receiver access to the funds in order to make any final payments for receivership costs.

4. Processing vendor claims during receivership period.
    a. Receivership accounts payable vendor expenses of approximately $69,056,000 have been processed in the receivership period through January 31, 2021. Subsequent to January 31, 2021, additional final vendor payments and ongoing receivership administrative expenses of approximately $387,000 were processed, including the monies due to the IRS as noted below in Note 5.

5. IRS Payment
    a. Subsequent to the termination of the receivership on January 31, 2021, the IRS alleged there were outstanding amounts due to the IRS related to unpaid withholding taxes from 2018, 2019 and the first quarter of 2020.
    b. The IRS calculated the amounts owed for employee trust fund taxes and on April 7, 2021 supplied a spreadsheet and payment instructions. The amount of $109,953.74 was processed by check from the St. Louis Bank Bravo Care of Elgin Operator Operating account on May 19, 2021 and mailed to the IRS in accordance with the IRS instructions.

6. Preparation of final accounting and administrative duties for the receivership.
    a. The final audit and the filing of the final Form 5500 for the Rosewood 401(k) plan was completed. The Form 5500 was filed on February 10, 2021.
    b. 2020 Forms W-2 were processed and mailed January 22, 2021.

2

  c. 2020 Forms 1099 were processed and mailed January 29, 2021.
  d. Resident trust accounts are administered for the benefit of residents for each facility by the respective facility's licensed Administrator. The balance of each known resident account was reconciled and remitted to Transferee in accordance with the OTA Section 2.4 utilizing operating funds. Various resident trust bank accounts with funds of unknown origin remain under the control of the facility Administrator or the Transferee as the successor-in-interest to such funds. To the extent that residents or their family members do not claim such funds, the monies will escheat to the applicable state.
  e. As noted in Attachment C, remaining cash of $251,660.39 was wired to HUD on May 21, 2021.
  f. All access to Rosewood servers, email accounts and software licenses were terminated.

7. Noticing claimants, as required.
  a. A vendor communication letter was mailed to approximately thirty vendors in early February 2021 notifying them of the receivership termination. This letter was mailed to those vendors who were continuing to send invoices to MAS well after the Closing Date. This letter has been included as Attachment D.
  b. The MAS post office box was canceled effective February 1, 2021. At the request of Transferee, notice was provided to the postal service to forward mail to Transferee's Tampa, Florida address for a period of six months.

8. Additional supplemental schedules included as attachments to this report:
  A. Bank Account Listing
  B. Schedule of Receipts and Disbursements
  C. Schedule of HUD Advances
  D. Vendor Communication Letter Dated January 31, 2021

Respectfully,

LONG HILL AT ROSEWOOD, LLC,
in its capacity as receiver for Rosewood

By: *[signature: David Lawlor]*

  David M. Lawlor
  President

  Attachments

**Long Hill at Rosewood, LLC**
**Bank Account Listing**
**Comparative EOD 8/20/18 and Last (3) Months - (Bank Statements Available Upon Request)**
Receiver Period: EOD 8/20/18, 11/30/2020, 12/31/2020 & 1/31/2021

| COMPANY | TYPE | BANK NAME | ACCOUNT BALANCE EOD 8/20/2018 | ACCOUNT BALANCE EOD 11/30/2020 | ACCOUNT BALANCE EOD 12/31/2020 | ACCOUNT BALANCE EOD 1/31/2021 |
|---|---|---|---|---|---|---|
| BRAVO HOLDING COMPANY INC | CHECKING | ST LOUIS BANK | $ 855.00 | $ 57.19 | $ 135.17 | $ 242.27 |
| BRAVO HOLDING COMPANY INC | MONEY MARKET | ST LOUIS BANK | 1,257.40 | 1,260.38 | 1,260.49 | 1,260.56 |
| BRAVO HOLDING COMPANY INC | EE WELFARE FUND ESCROW | ST LOUIS BANK | 500.00 | 500.00 | 500.00 | 500.00 |
| BRAVO HOLDING COMPANY INC | ROSEWOOD PAYROLL RESERVE | ST LOUIS BANK | - | - | - | - |
| BRAVO SERVICES LLC | CHECKING | ST LOUIS BANK | 508.21 | - | - | - |
| BRAVO CARE OF ALTON | CHECKING | ST LOUIS BANK | 2,552.56 | 694.62 | 314.48 | (133.03) |
| BRAVO CARE OF ALTON | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ALTON | PRIVATE PAYMENTS | ST LOUIS BANK | 5,766.00 | - | - | - |
| BRAVO CARE OF ALTON | FACILITY OPERATING | REGIONS BANK | 858.00 | 685.00 | 685.00 | - |
| BRAVO CARE OF EAST PEORIA | CHECKING | ST LOUIS BANK | 1,568.37 | 4.59 | 88.55 | (94.64) |
| BRAVO CARE OF EAST PEORIA | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF EAST PEORIA | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF EAST PEORIA | FACILITY OPERATING | MORTON COMM BANK | 1,265.62 | 2,692.18 | 2,692.18 | - |
| BRAVO CARE OF EDWARDSVILLE | CHECKING | ST LOUIS BANK | 1,979.45 | 238.91 | 371.68 | 181.54 |
| BRAVO CARE OF EDWARDSVILLE | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF EDWARDSVILLE | PRIVATE PAYMENTS | ST LOUIS BANK | 1,080.00 | - | - | - |
| BRAVO CARE OF EDWARDSVILLE | FACILITY OPERATING | US BANK | 434.00 | 297.90 | 297.90 | - |
| BRAVO CARE OF ELGIN | CHECKING | ST LOUIS BANK | 1,845.83 | 158.89 | 277.32 | 93.42 |
| BRAVO CARE OF ELGIN | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ELGIN | PRIVATE PAYMENTS | ST LOUIS BANK | 805.10 | - | - | - |
| BRAVO CARE OF ELGIN | FACILITY OPERATING | JPMORGAN CHASE | - | - | - | - |
| BRAVO CARE OF ELGIN OPERATOR CONCENTRATION | OPERATOR CONCENTRATION | ST LOUIS BANK | 219,106.74 | 7,067.97 | 175.88 | - |
| BRAVO CARE OF ELGIN OPERATOR OPERATING | OPERATOR OPERATING | ST LOUIS BANK | 287,897.36 | 328,039.67 | 192,473.70 | 556,262.82 |
| CR FINANCE II | RENTAL ACCOUNT | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF INVERNESS | CHECKING | ST LOUIS BANK | 1,378.48 | 648.33 | 283.07 | 1,228.35 |
| BRAVO CARE OF INVERNESS | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF INVERNESS | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF INVERNESS | FACILITY OPERATING | MB FINANCIAL BANK | 516.00 | 383.00 | 383.00 | - |
| BRAVO CARE OF JOLIET | CHECKING | ST LOUIS BANK | 1,295.86 | 129.28 | 613.98 | 146.69 |
| BRAVO CARE OF JOLIET | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF JOLIET | PRIVATE PAYMENTS | ST LOUIS BANK | 8,643.28 | - | - | - |
| BRAVO CARE OF JOLIET | FACILITY OPERATING | FIRST MIDWEST | 870.06 | 409.22 | 409.22 | - |
| BRAVO CARE OF MOLINE | CHECKING | ST LOUIS BANK | 1,190.56 | 74.22 | 357.36 | (44.70) |
| BRAVO CARE OF MOLINE | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF MOLINE | PRIVATE PAYMENTS | ST LOUIS BANK | 2,335.79 | - | - | - |
| BRAVO CARE OF MOLINE | FACILITY OPERATING | US BANK | 1,220.24 | 1,047.50 | 1,047.50 | - |
| BRAVO CARE OF NORTHBROOK | CHECKING | ST LOUIS BANK | 1,385.44 | 436.16 | 582.63 | 349.43 |
| BRAVO CARE OF NORTHBROOK | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF NORTHBROOK | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF NORTHBROOK | FACILITY OPERATING | US BANK | - | 683.00 | 683.00 | - |
| BRAVO CARE OF PEORIA | CHECKING | ST LOUIS BANK | 1,404.12 | 906.07 | 496.94 | 151.70 |
| BRAVO CARE OF PEORIA | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF PEORIA | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF PEORIA | FACILITY OPERATING | PNC BANK | - | 866.81 | 866.81 | - |
| BRAVO CARE OF ROCKFORD | CHECKING | ST LOUIS BANK | 2,097.18 | 228.27 | 513.64 | 5,418.29 |
| BRAVO CARE OF ROCKFORD | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ROCKFORD | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ROCKFORD | FACILITY OPERATING | US BANK | 420.21 | 1,819.01 | 1,819.01 | - |
| BRAVO CARE OF ST CHARLES | CHECKING | ST LOUIS BANK | 1,053.43 | (8.62) | 479.35 | 423.07 |
| BRAVO CARE OF ST CHARLES | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ST CHARLES | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ST CHARLES | FACILITY OPERATING | JPMORGAN CHASE | 1,067.00 | 1,058.00 | 1,058.00 | - |
| BRAVO CARE OF ST LOUIS | CHECKING | ST LOUIS BANK | 1,807.85 | 151.64 | 372.69 | 212.70 |
| BRAVO CARE OF ST LOUIS | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ST LOUIS | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF ST LOUIS | FACILITY OPERATING | US BANK | 500.20 | 660.20 | 660.20 | - |
| BRAVO CARE OF WOOD RIVER | CHECKING | ST LOUIS BANK | 1,690.23 | (37.04) | 252.61 | 92.61 |
| BRAVO CARE OF WOOD RIVER | GOVERNMENT PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF WOOD RIVER | PRIVATE PAYMENTS | ST LOUIS BANK | - | - | - | - |
| BRAVO CARE OF WOOD RIVER | FACILITY OPERATING | US BANK | - | 2,259.81 | 2,259.81 | - |
| BRAVO ADMINISTRATIVE SERVICES | CHECKING | ST LOUIS BANK | 1,897.24 | 473.71 | 378.72 | 350.92 |
| BRAVO NURSING HOME SERVICES | CHECKING | ST LOUIS BANK | 1,838.91 | 1,664.26 | 1,569.32 | 1,295.80 |
| SENIOR LIVING SERVICES | CHECKING | ST LOUIS BANK | 2,441.47 | 1,886.06 | 1,791.23 | 1,528.29 |
| BTH | CHECKING | ST LOUIS BANK | 1,122.95 | - | - | - |
| TEAM HEALTH LLC | CHECKING | ST LOUIS BANK | 1,407.44 | 4,923.89 | 4,828.90 | 1,379.42 |
| MIDWEST ADMINISTRATIVE SERVICES | ELECTRONIC PMTS | ST LOUIS BANK | 1,499.03 | 56,790.87 | 56,781.87 | 56,511.12 |
| MIDWEST ADMINISTRATIVE SERVICES | CHECKING | ST LOUIS BANK | 967.63 | 20,353.51 | 447.35 | 25,705.01 |

ATTACHMENT A

Case: 1:18-cv-05625 Document #: 324 Filed: 05/25/21 Page 6 of 11 PageID #:5154

**Long Hill at Rosewood, LLC**
**Bank Account Listing**
**Comparative EOD 8/20/18 and Last (3) Months - (Bank Statements Available Upon Request)**
**Receiver Period: EOD 8/20/18, 11/30/2020, 12/31/2020 & 1/31/2021**

| COMPANY | TYPE | BANK NAME | ACCOUNT BALANCE EOD 8/20/2018 | ACCOUNT BALANCE EOD 11/30/2020 | ACCOUNT BALANCE EOD 12/31/2020 | ACCOUNT BALANCE EOD 1/31/2021 |
|---|---|---|---|---|---|---|
| CLAIMS ADMINISTRATIVE SERVICES | CHECKING | ST LOUIS BANK | 1,788.93 | 12.50 | - | (96.00) |
| BLUE RIDGE AMERICA | CHECKING | ST LOUIS BANK | 5,219.23 | - | - | - |
| Alton Venture Real Estate LLC (VA 59) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| East Peoria Venture Real Estate, LLC (VE 61) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| Joliet Venture Real Estate, LLC (VJ 62) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| Moline Venture Real Estate, LLC (VM 83) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| Peoria Venture Real Estate, LLC (VP 85) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| Schuetz Road Venture Real Estate, LLC (VS 58) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| Wood River Venture Real Estate, LLC (VW 63) | [1] | ST LOUIS BANK | 10.00 | - | - | - |
| Alton Real Estate, Inc. (A1 01) | | ST LOUIS BANK | 296.55 | 156.21 | 156.21 | 156.21 |
| East Peoria Real Estate, Inc. (EP 03) | | ST LOUIS BANK | 426.27 | 799.01 | 799.01 | 799.01 |
| Edwardsville Real Estate, LLC. (ED 04) | | ST LOUIS BANK | 268.22 | 738.79 | 728.79 | 718.79 |
| Elgin Real Estate, LLC. (EL 05) | | ST LOUIS BANK | 119.57 | 397.57 | 387.57 | 377.57 |
| Inverness Real Estate, LLC. (IN 08) | | ST LOUIS BANK | 766.93 | 300.93 | 290.93 | 280.93 |
| Joliet Real Estate Holding Co., Inc. (JO 09) | | ST LOUIS BANK | 408.25 | 441.63 | 431.63 | 421.63 |
| Moline Real Estate, Inc. (MO 10) | | ST LOUIS BANK | 99.31 | 596.31 | 586.31 | 576.31 |
| Northbrook Real Estate, LLC. (NO 11) | | ST LOUIS BANK | 5.55 | 97.05 | 87.05 | 77.05 |
| Peoria Real Estate, Inc. (PE 12) | | ST LOUIS BANK | 118.94 | 888.94 | 878.94 | 868.94 |
| Rockford Real Estate, LLC. (RO 13) | | ST LOUIS BANK | - | 36.35 | 26.35 | 16.35 |
| St Charles Real Estate, LLC. (SC 14) | | ST LOUIS BANK | 384.16 | 84.67 | 84.67 | 84.67 |
| Schuetz Road Real Estate, Inc. (SL 15) | | ST LOUIS BANK | 426.56 | 138.59 | 128.59 | 118.59 |
| Wood River Real Estate Holding Company (WO 17) | | ST LOUIS BANK | 7.88 | 187.32 | 177.32 | 167.32 |
| OPCO Holding, LLC (OH 21) | | ST LOUIS BANK | 500.00 | - | - | - |
| Rosewood Administrative Holding, LLC (RA 22) | | ST LOUIS BANK | 500.00 | - | - | - |
| Services Holdings, LLC (SH 23) | | ST LOUIS BANK | 500.00 | - | - | - |
| Balance per Bank | | | $ 580,236.59 | $ 444,380.33 | $ 282,971.93 | $ 657,629.01 |
| Less: Elgin Operator Concentration Acct-Sweeps to MidCap/Cap Finance/Operating Account Next Day | | | (219,106.74) | (7,067.97) | (175.88) | - |
| Balance per Bank, Operating Cash | | | $ 361,129.85 | $ 437,312.36 | $ 282,796.05 | $ 657,629.01 |

NOTE: There are (2) additional bank accounts at St. Louis Bank listed below which are not used for operations, but are under the control of the Receiver.

| | | | | | | |
|---|---|---|---|---|---|---|
| BRAVO CARE OF ST LOUIS | RESIDENT TRUST FUND | ST LOUIS BANK | $ 36,756.17 | $ 42,963.25 | $ 30,224.86 | $ 31,425.39 |
| MIDWEST ADMINISTRATIVE SERVICES | COMPANY BENEFITS | ST LOUIS BANK | $ 6,347.55 | $ 1,209.81 | $ 1,209.81 | $ 1,209.81 |
| | | | $ 404,233.57 | $ 481,485.42 | $ 314,230.72 | $ 690,264.21 |

[1] Account Closed November 2019

ATTACHMENT A

**Long Hill at Rosewood, LLC**
**Schedule of Receipts and Disbursements**
**Receiver Period 8/21/18 - 1/31/2021 With Activity Through May 24, 2021**

| | 8/21 - 9/30/18 | Q4 2018 10/1 - 12/31/18 | Q1 2019 1/1 - 3/31/19 | Q2 2019 4/1 - 6/30/19 | Q3 2019 7/1 - 9/30/19 | Q4 2019 10/1 - 12/31/19 | Q1 2020 1/1 - 3/31/2020 | Q2 2020 4/1 - 6/30/2020 | Q3 2020 7/1 - 9/30/2020 | Q4 2020 10/1 - 12/31/2020 | 1/1 - 1/31/2021 | 2/1 - 5/24/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Balance Beginning of Period | $ 580,237 | $ 2,057,227 | $ 1,549,038 | $ 1,817,262 | $ 611,748 | $ 3,139,010 | $ 2,028,186 | $ 1,786,013 | $ 2,314,259 | $ 196,455 | $ 282,972 | $ 657,629 |
| Less: Elgin Concentration Acct (Sweeps to MidCap/Cap Finance) | (219,107) | (607,765) | (407,716) | (330,391) | (159,721) | (374,230) | (440,682) | (23,880) | (87,693) | - | (176) | - |
| Bank Balance Beginning of Period | $ 361,130 | $ 1,449,462 | $ 1,141,322 | $ 1,486,871 | $ 452,027 | $ 2,764,779 | $ 1,587,504 | $ 1,762,133 | $ 2,226,566 | $ 196,455 | $ 282,796 | $ 657,629 |
| Less: Amounts Due To Transferee and Cap Finance Beginning of Period | | | | | | | | | (1,511,238) | (16,694) | (35,281) | (93,397) |
| Bank Balance Beginning of Period, Operating Cash | | | | | | | | | $ 715,328 | $ 179,762 | $ 247,515 | $ 564,232 |
| **Summary of Receipts:** | | | | | | | | | | | | |
| Transfers in from Galesburg/MidCap Galesburg Payments | $ - | $ 345,691 | $ 459,093 | $ 264,942 | $ 34,664 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| MidCap/Capital Finance Draws | 6,781,000 | 20,329,000 | 18,985,000 | 22,250,000 | 22,435,000 | 21,005,000 | 9,080,000 | - | - | - | - | - |
| HUD Funding/(Funds Return to HUD) | 2,815,275 | 4,925,976 | 6,044,899 | 3,434,786 | 5,279,866 | 5,414,257 | 7,228,916 | 1,503,434 | (100,000) | - | - | - |
| HUD Accounts Receivable Cash Receipts-Post Cap Finance Payoff June 12, 2020 | - | - | - | - | - | - | - | 296,710 | 627,742 | 442,732 | 601,800 | 73,051 |
| Miscellaneous Cash Receipts [1] | - | - | - | - | - | - | - | 439,120 | 48,354 | 104,346 | 37,394 | 1,210 |
| **Total Receipts** | $ 9,596,275 | $ 25,600,667 | $ 25,488,992 | $ 25,949,729 | $ 27,749,530 | $ 26,419,257 | $ 16,308,916 | $ 2,239,264 | $ 576,097 | $ 547,078 | $ 639,195 | $ 74,260 |
| **Summary of Disbursements:** | | | | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | | | | |
| Accounts Payable Vendors & Accrued Accounts Payable | $ 2,507,684 | $ 11,483,055 | $ 11,215,976 | $ 12,503,117 | $ 10,721,062 | $ 11,858,266 | $ 6,535,816 | $ 889,538 | $ 821,457 | $ 232,140 | $ 79,777 | $ 208,047 |
| Payroll Taxes (FICA, State, SUTA, FUTA) | 1,518,229 | 3,202,690 | 3,288,539 | 3,120,612 | 3,711,619 | 3,060,440 | 2,289,555 | 145,463 | 57,814 | 8,924 | 53,910 | 109,954 |
| Bed Taxes-Monthly & Quarterly | 510,778 | 656,853 | 661,146 | 653,636 | 661,293 | 677,752 | 482,639 | 336,940 | - | - | - | - |
| Insurance: PL/GL, Property, Other Insurance | 304,400 | 296,949 | 584,293 | 281,000 | 281,000 | 189,677 | 77,521 | - | - | - | - | - |
| Workers' Comp Insurance | 296,276 | 317,788 | 329,432 | 74,447 | 521,134 | 655,383 | 191,477 | - | - | 58,710 | 137,932 | - |
| EE Benefits and 401k | 248,093 | 824,584 | 934,922 | 881,115 | 773,657 | 751,325 | 412,561 | 79,701 | 46,466 | - | - | - |
| Patient Refunds, Resident Trust Payments to Greystone | 54,671 | 113,130 | 132,141 | 138,929 | 113,169 | 96,158 | 65,654 | 22,609 | - | 24,150 | 28,667 | - |
| Illinois Department of Health and Family Services Audit-Peoria & CMP Payments | - | - | - | - | - | - | - | 119,490 | - | 54,836 | - | - |
| Receiver and Legal Fees | - | - | - | - | - | - | - | 24,455 | 74,974 | 42,247 | 22,193 | 68,831 |
| RR Marketing | 37,500 | - | - | - | - | - | - | - | - | - | - | - |
| **Accounts Payable Subtotal** | 5,477,633 | 16,895,049 | 17,146,450 | 17,652,855 | 16,782,934 | 17,289,001 | 10,055,223 | 1,618,196 | 1,000,711 | 421,007 | 322,478 | 386,832 |
| **Payroll** | | | | | | | | | | | | |
| Payroll Pay Dates 8/21/18 through 1/31/2021 | 3,030,311 | 9,013,758 | 7,996,994 | 9,331,718 | 8,653,843 | 10,307,531 | 6,079,064 | 176,838 | 110,953 | 58,318 | - | - |
| **Total Disbursements** | $ 8,507,944 | $ 25,908,807 | $ 25,143,444 | $ 26,984,572 | $ 25,436,777 | $ 27,596,533 | $ 16,134,287 | $ 1,795,034 | $ 1,111,664 | $ 479,325 | $ 322,478 | $ 386,832 |
| **Increase (Decrease) in Cash** | $ 1,088,332 | $ (308,140) | $ 345,548 | $ (1,034,844) | $ 2,312,753 | $ (1,177,276) | $ 174,629 | $ 444,230 | $ (535,567) | $ 67,754 | $ 316,717 | $ (312,571) |
| Bank Balance End of Period, Operating Cash (A) | $ 1,449,461 | $ 1,141,322 | $ 1,486,871 | $ 452,027 | $ 2,764,779 | $ 1,587,504 | $ 1,762,133 | $ 715,328 | $ 179,761 | $ 247,515 | $ 564,232 | $ 251,660 |
| Less: Outstanding Checks | (995,027) | (761,462) | (201,340) | (94,219) | (2,104,357) | (206,148) | (868,129) | (163,111) | (53,416) | (15,966) | (52,057) | - |
| Book Balance End of Period, Operating Cash | $ 454,435 | $ 379,860 | $ 1,285,530 | $ 357,808 | $ 660,423 | $ 1,381,355 | $ 894,004 | $ 552,217 | $ 126,346 | $ 231,549 | $ 512,174 | $ 251,660 |
| Add: Amounts Due To Transferee [2] (B) | | | | | | | | 1,511,238 | 16,694 | 35,281 | 93,397 | - |
| Less: Funds Return to HUD (C) | | | | | | | | | | | | (251,660) |
| Bank Balance End of Period (A) + (B) + (C) | | | | | | | | $ 2,226,565.97 | $ 196,455.46 | $ 282,796.05 | $ 657,629.01 | $ - |

[1] Miscellaneous Cash Receipts includes a workers compensation premium refund, a utility deposit refund, various proceeds from equipment sales, and vendor payment reimbursements from Transferee.

[2] The amount at June 30, 2020 represents amounts due to Transferee for accounts receivable cash collections in the month of June 2020.
The amount at July 31, 2020 represents amounts due to Transferee for accounts receivable cash collections in the months of June and July 2020.
The amount at August 31, 2020 represents amounts due to Transferee for accounts receivable cash collections in the months of June, July and August 2020.
The amount at September 30, 2020 represents amounts due to Transferee for accounts receivable cash collections in the last (8) days of September 2020.
The amount at October 31, 2020 represents amounts due to Transferee for accounts receivable cash collections in the last (10) days of October 2020.
The amount at November 30, 2020 represents amounts due to Transferee for accounts receivable cash collections in the last (11) days of November 2020.
The amount at December 31, 2020 represents amounts due to Transferee for accounts receivable cash collections in the weeks ended December 18 and 25, 2020.
The amount at January 31, 2021 represents amounts due to Transferee for accounts receivable cash collections in the last week of January 2021, adjustments for prior weeks' corrections, net of amounts owed to Rosewood.

ATTACHMENT B

**Long Hill at Rosewood, LLC**
**Schedule of HUD Advances**
**Receiver Period 8/21/18 - 5/24/2021**

| Date | Description | Amount |
|---|---|---|
| 9/19/18 | | $ 2,815,275.41 |
| 10/4/18 | | 1,861,739.70 |
| 11/13/18 | | 1,029,589.05 |
| 12/6/18 | | 1,504,019.69 |
| 12/28/18 | | 530,627.87 |
| 1/14/19 | | 1,227,053.25 |
| 2/4/19 | | 1,478,871.56 |
| 2/7/19 | | 1,825,810.38 |
| 3/25/19 | | 1,513,164.29 |
| 4/15/19 | | 1,175,796.30 |
| 5/17/19 | | 1,164,287.95 |
| 6/14/19 | | 1,094,702.12 |
| 7/5/19 | | 1,311,789.94 |
| 8/5/19 | | 1,436,320.92 |
| 8/22/19 | | 1,752,783.99 |
| 9/18/19 | | 778,971.16 |
| 10/10/19 | | 1,606,120.79 |
| 11/5/19 | | 908,505.23 |
| 11/22/19 | | 1,696,846.09 |
| 12/16/19 | | 1,202,784.76 |
| 1/10/2020 | | 2,150,000.00 |
| 2/13/2020 | HUD Winddown Funding | 1,952,338.16 |
| 2/26/2020 | HUD Winddown Funding | 1,977,884.81 |
| 3/11/2020 | HUD Winddown Funding | 680,568.73 |
| 3/26/2020 | HUD Winddown Funding | 468,124.36 |
| 4/22/2020 | HUD Winddown Funding | 425,643.25 |
| 5/14/2020 | HUD Winddown Funding | 605,454.11 |
| 6/17/2020 | HUD Winddown Funding | 472,336.66 |
| 9/4/2020 | Funding Return to HUD | (100,000.00) |
| | **Total 8/21/18 - 1/31/2021** | **$ 36,547,410.53** |
| 5/21/2021 | Funding Return to HUD | (251,660.39) |
| | **Total 8/21/18 - 5/24/2021** | **$ 36,295,750.14** |

ATTACHMENT C

January 31, 2021

[Vendor Name]
[Vendor Address]
[Vendor Address]

Re: Termination of Receivership in *United States v. Alton Real Estate*, Case No. 18-C-5625 (N.D. Ill.)

To Whom It May Concern:

This letter serves as notice that effective as of the end of the day on January 31, 2021, the receivership is terminated and Long Hill at Rosewood, LLC (the "Receiver") is discharged as receiver in the case of *United States v. Alton Real Estate*, Case No. 18-C-5625, pursuant to the *Order Terminating Receivership and Setting Deadline for Filing of Final Report* entered by the Court at docket number 307.

All future correspondence respecting the above-referenced case, or any related matters, should be directed to the purchaser of the facilities at the Tampa, Florida address noted below. For reference only, the associated facility names and addresses are included as Attachment 1 to this letter. Any correspondence related to these facilities should be directed to the Tampa, Florida address. Any correspondence related to these facilities, if received by the Receiver in the future, will be forwarded to the Tampa, Florida address.

**Greystone Healthcare Management**
**4042 Park Oaks Boulevard, Suite 300**
**Tampa, FL 33610**

Please let us know if you have any questions.

Sincerely,

*Pamela L. Griffin*

Pamela Griffin
Long Hill at Rosewood, LLC
The Long Hill Company
580 Long Hill Avenue
Shelton, CT 06484

cc:  Greystone Healthcare Management
     4042 Park Oaks Boulevard, Suite 300
     Tampa, FL 33610

ATTACHMENT D

ATTACHMENT 1

Alton NH LLC
c/o Rosewood Care Center of Alton
3490 Humbert Road
Alton, IL 62202

East Peoria NH LLC
c/o Rosewood Care Center of East Peoria
900 Centennial Drive
East Peoria, IL 61611

Edwardsville NH LLC
c/o Rosewood Care Center of Edwardsville
6277 Center Grove Road
Edwardsville, IL 62025

Elgin NH LLC
c/o Rosewood Care Center of Elgin
2355 Royal Blvd.
Elgin, IL 60123

Inverness NH LLC
c/o Rosewood Care Center of Inverness
1800 West Colonial Parkway
Inverness, IL 60067

Joliet NH LLC
c/o Rosewood Care Center of Joliet
3401 Hennepin Drive
Joliet, IL 60431

Moline NH LLC
c/o Rosewood Care Center of Moline
7300 34th Avenue
Moline, IL 61265

Northbrook NH LLC
c/o Rosewood Care Center of Northbrook
4101 Lake Cook Road
Northbrook, IL 60062

ATTACHMENT D

Peoria NH LLC
c/o Rosewood Care Center of Peoria
1500 West Northmoor Road
Peoria, IL 61614

Rockford NH LLC
c/o Rosewood Care Center of Rockford
1660 South Mulford Road
Rockford, IL 61108

St. Charles NH LLC
c/o Rosewood Care Center of St. Charles
850 Durham Road
St. Charles, IL 60174

St. Louis NH LLC
c/o Rosewood Care Center of St. Louis
11278 Schultz Road
St. Louis, MO 63146

Wood River NH LLC
c/o Foxes Grove Supportive Living Community
395 East Edwardsville Road
Wood River, IL 62095

ATTACHMENT D